UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHIRDETRA CHARK** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-3056** |
| **EMC PROPERTY & CASUALTY COMPANY ET AL.** | **SECTION: "H"** |

## ORDER

On February 2, 2021, Defendants filed a Motion to Dismiss (R. Doc. 25). On March 2, 2021, Plaintiff filed her First Supplemental and Amended Complaint (R. Doc. 31). "[M]any district courts—including this Court—routinely deny as moot motions to dismiss that are filed prior to an amendment of a complaint."[1]  Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (R. Doc. 25) is hereby **DENIED AS MOOT WITHOUT PREJUDICE.**

New Orleans, Louisiana this 3rd day of March, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] Jefferson Cmty. Health Care Centers, Inc. v. Jefferson Par. Gov't, No. 16-12910, 2016 WL 4429953, at *2 (E.D. La. Aug. 22, 2016).

1